UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20295-CR-MARTINEZ/GOODMAN

UNITED STATES OF AMERICA

       Plaintiff,

vs.

YENCY NUNEZ,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on November 16, 2015. A Report and Recommendation was filed on November 24, 2015, [ECF No. 92], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 92] of United States Magistrate Judge Jonathan Goodman, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count 1 of the Indictment which charges the Defendant with Conspiracy to possess with intent to distribute more than 5 kilograms of cocaine with persons who were on board a vessel that was subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11 day of December, 2015.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Goodman
All Counsel Of Record
U.S. Probation Office